# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM BATES, <br>     Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner Of Social Security, <br>     Defendant. | Case No.: 5:16-cv-01555-VEB <br><br> ORDER RE STIPULATION FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount FIVE THOUSAND SEVEN HUNDRED AND FIFTY DOLLARS ($5,750.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: August 16, 2018

                                         /s/Victor E. Bianchini
                                     HON. VICTOR E. BIANCHINI
                                     UNITED STATES MAGISTRATE JUDGE